**DISMISS; and Opinion Filed August 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-19-00819-CV
_____

## IN THE INTEREST OF H.J.G. AND I.S.G., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC -19-00297-W**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

By notice of appeal filed July 9, 2019, Mother challenges the trial court's May 2, 2019 order terminating her parental rights to her children. Because appeals in parental termination cases are accelerated and must be filed within twenty days of judgment or, with an extension motion, within thirty-five days of judgment, we directed Mother to file a letter brief addressing the Court's jurisdiction and allowed appellees an opportunity to respond. *See* TEX. R. APP. P. 26.1(b), 26.3, 28.4(a); *see also Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Both Mother and the State filed letter briefs. However, nothing in Mother's letter brief demonstrates we have jurisdiction over the appeal. Accordingly, because Mother's notice of appeal was filed untimely, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

190819F.P05

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.J.G. AND I.S.G., CHILDREN

No. 05-19-00819-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JC -19-00297-W.
Opinion delivered by Justice Brown, Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 27th day of August, 2019.